UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    John C Payne<br>    Emma J Payne<br>        Debtor(s) | Case No. 14 B 30654 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2014.

2) The plan was confirmed on 02/18/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 09/12/2017.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $48,587.23 |
| Less amount refunded to debtor | $2,893.52 |

**NET RECEIPTS:** $45,693.71

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,299.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,813.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,112.28

Attorney fees paid and disclosed by debtor:    $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACA Credit Collection | Unsecured | 648.51 | NA | NA | 0.00 | 0.00 |
| Access Credit Union | Unsecured | 431.70 | NA | NA | 0.00 | 0.00 |
| Afni, Inc | Unsecured | 293.94 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1,892.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 331.27 | 331.27 | 331.27 | 0.00 | 0.00 |
| Americash Loans, LLC | Unsecured | 1,678.95 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 37,631.00 | 37,268.05 | 37,268.05 | 18,289.64 | 3,652.10 |
| Armor Systems Corporation | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris | Unsecured | 310.60 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris | Unsecured | 414.80 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,000.00 | 1,044.33 | 1,044.33 | 0.00 | 0.00 |
| Cavalry Investments LLC | Unsecured | 649.97 | 264.01 | 264.01 | 0.00 | 0.00 |
| Cavalry Investments LLC | Unsecured | 0.00 | 66.06 | 66.06 | 0.00 | 0.00 |
| CBE Group | Unsecured | 331.27 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 932.00 | 1,487.00 | 1,487.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 2,000.00 | 2,259.46 | 2,259.46 | 0.00 | 0.00 |
| Computer Credit Inc | Unsecured | 1,691.38 | NA | NA | 0.00 | 0.00 |
| Computer Credit Inc | Unsecured | 769.75 | NA | NA | 0.00 | 0.00 |
| Computer Credit Inc | Unsecured | 10,915.83 | NA | NA | 0.00 | 0.00 |
| Computer Credit Inc | Unsecured | 324.13 | NA | NA | 0.00 | 0.00 |
| Convergent | Unsecured | 317.14 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 1,044.33 | 4,023.00 | 4,023.00 | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Dynamic Recovery Sol | Unsecured | 16,394.00 | NA | NA | 0.00 | 0.00 |
| Emergency Med Specialist SC | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| First National Colle | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| General Credit Services, Inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 106.85 | 106.85 | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 500.00 | 57.59 | 57.59 | 57.59 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 5,000.00 | 5,076.62 | 5,076.62 | 5,076.62 | 0.00 |
| Internal Revenue Service | Unsecured | 586.59 | 407.07 | 407.07 | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 146.40 | NA | NA | 0.00 | 0.00 |
| LM Weinfield D.D.S. Ltd. | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Mbb | Unsecured | 1,691.00 | NA | NA | 0.00 | 0.00 |
| Mbb | Unsecured | 769.00 | NA | NA | 0.00 | 0.00 |
| Mbb | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Mbb | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 161.50 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 1,691.38 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 769.75 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 10,915.83 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit Inc | Unsecured | 331.27 | NA | NA | 0.00 | 0.00 |
| Northwestern Premium Services | Unsecured | 169.98 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 10,933.11 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 32.04 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 1,278.76 | NA | NA | 0.00 | 0.00 |
| People's Gas | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Peritus Portfolio Services | Secured | 12,521.00 | 12,521.46 | 12,521.00 | 11,648.78 | 856.70 |
| Peritus Portfolio Services | Unsecured | NA | 0.00 | 0.46 | 0.00 | 0.00 |
| PLS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,160.25 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 354.96 | NA | NA | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 648.51 | NA | NA | 0.00 | 0.00 |
| RIDDLE WOOD ATTORNEYS AT LAW | Unsecured | 415.14 | NA | NA | 0.00 | 0.00 |
| Robert P Mistovich | Unsecured | 182.10 | NA | NA | 0.00 | 0.00 |
| Rush | Unsecured | 13,909.21 | NA | NA | 0.00 | 0.00 |
| RUSH MEDICAL GROUP | Unsecured | 30.17 | NA | NA | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 324.13 | 324.13 | 324.13 | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 13,909.21 | 6,624.61 | 6,624.61 | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCA Health | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| The University of Illinois at Chica | Unsecured | 13.38 | NA | NA | 0.00 | 0.00 |
| Universal Radiology | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| University Anesthesiologists | Unsecured | 1,750.25 | 1,750.25 | 1,750.25 | 0.00 | 0.00 |
| Van Ru Credit Corp. | Unsecured | 10,929.39 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 79.32 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $49,789.05 | $29,938.42 | $4,508.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$49,789.05** | **$29,938.42** | **$4,508.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,134.21 | $5,134.21 | $0.00 |
| **TOTAL PRIORITY:** | **$5,134.21** | **$5,134.21** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,718.50** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,112.28 |
| Disbursements to Creditors | $39,581.43 |
| **TOTAL DISBURSEMENTS :** | **$45,693.71** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/29/2018          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**